UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA HEPP and TARA HARDY, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AMERIHEALTH CARITAS SERVICES, LLC,<br><br>　　　　　　Defendant. | Case No: 2:19-cv-02194-GJP |

**NOTICE OF SETTLEMENT**

　　　　PLEASE TAKE NOTICE that Plaintiffs Brenda Hepp and Tara Hardy ("Plaintiffs") and Defendant AmeriHealth Caritas Services, LLC (collectively, the "Parties") have reached a settlement of the claims in the above-captioned matter and in <u>Wood v. AmeriHealth Caritas Services, LLC</u>, Case No. 2:17-cv-03697.  The Parties additionally state as follows:

　　　　1.　　On August 3, 2019, the Court granted the Parties' Joint Motion for Stay of Proceedings Pending a Second Mediation (ECF No. 7).

　　　　2.　　On September 27, 2019, the Parties participated in a mediation with mediator Michael Dickstein, during which the Parties reached a settlement of the claims in the above-captioned matter and in <u>Wood v. AmeriHealth Caritas Services, LLC</u>, Case No. 2:17-cv-03697.

　　　　3.　　The Parties are currently negotiating the terms of a settlement agreement and are preparing a Motion for Preliminary Approval.

　　　　4.　　The Parties intend to execute the settlement agreement no later than November 11, 2019.

5.  Plaintiffs intend to file an Unopposed Motion for Preliminary Approval no later than November 18, 2019.

Dated: October 3, 2019                                                          Respectfully submitted,

| **NICHOLS KASTER, PLLP** | **MORGAN, LEWIS & BOCKIUS, LLP** |
|---|---|
| /s/*Rachhana T. Srey* | /s/*Michael J. Puma* |
| Rachhana T. Srey, MN Bar No. 340133* | Michael J. Puma, Pa Bar No. 94463 |
| Neil D. Pederson, MN Bar No. 0397628* | Vishal H. Shah, PA Bar No. 320231 |
| 4600 IDS Center | 1701 Market Street |
| 80 South Eighth Street | Philadelphia, PA 19103 |
| Minneapolis, MN 55402 | Telephone: (215) 963-5000 |
| Telephone: (612) 256-3200 | Fax: (215) 963-5001 |
| Fax: (612) 338-4878 | michael.puma@morganlewis.com |
| srey@nka.com | vishal.shah@morganlewis.com |
| npederson@nka.com | |
| *Admitted Pro Hac Vice* | ATTORNEYS FOR DEFENDANT |

**SCHALL & BARASCH, LLC**
Patricia Barasch, PA Bar No. 70073
Moorestown Office Center
110 Marter Avenue, Suite 105
Moorestown, NJ 08057
Telephone: (856) 914-9200
Fax: (856) 914-8420
pbarasch@schallandbarasch.com

ATTORNEYS FOR PLAINTIFFS