## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANN WOOD and MICHAELENE BARKER, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br>  v.<br>AMERIHEALTH CARITAS SERVICES, LLC,<br><br>    *Defendant* | CIVIL ACTION NO. 17-3697 |
| BRENDA HEPP and TARA HARDY, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br>  v.<br>AMERIHEALTH CARITAS SERVICES, LLC,<br><br>    *Defendant.* | CIVIL ACTION NO. 19-2194 |

## <u>ORDER</u>

  AND NOW, this 10th day of April, 2020, so that the Clerk of Court may enter the judgment amount in this litigation into the Court's Judgment index, it is **ORDERED** that **JUDGMENT IS ENTERED** in favor of plaintiffs Ann Wood, Michaelene Barker, Brenda Hepp and Tara Hardy, individually and on behalf of all others similarly situated and against defendant Amerihealth Caritas Services, LLC in the amount of $4,250,000.

        BY THE COURT:


         ***/s/ Gerald J. Pappert***
        GERALD J. PAPPERT, J.